Cheryl SENSIBAUGH, Respondent,

v.

James Michael
SENSIBAUGH, Appellant.

No. 50470.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 23, 1986.

Edmond H. Kinghorn, Clayton, for appellant.

Joseph A. Lott, St. Louis, for respondent.

PER CURIAM.

This is an appeal by James Michael Sensibaugh from the decree of the trial court in a dissolution of marriage proceeding. After examining the record, we are convinced that the trial court's decree is supported by substantial evidence. No error of law appears. An extended opinion on the specific points on appeal would have no precedential value. Rule 84.16(b).

The judgment of the trial court is affirmed.